FILED
2006 Oct-23 AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(Western Division)

| | |
|---|---|
| **Da-Heem Rodgers, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **CIVIL ACTION NO.** ) **7:06-CV-01980-UWC** |
| **Averitt Express, Inc.,** | ) ) |
| Defendant. | ) |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

Richard F. Ogle, who practices with the law firm of Ogle, Liles & Upshaw, applies to this Court for an order admitting **Thomas Anthony Swafford**, Attorney No. 017578, to practice before this Court pro hac vice to represent Averitt Express, Inc. in connection with all matters in this case. Richard F. Ogle submits the following grounds in support of this motion.

1. Thomas Anthony Swafford practices law with the law firm of Miller & Martin PLLC, 1200 One Nashville Place, 150 4th Avenue North, Nashville, Tennessee 37219-2433, where he is admitted to practice before the United States District Court for the Middle District of Tennessee. A Certificate of Good Standing from the Tennessee Supreme Court is attached.

2. Thomas Anthony Swafford is also admitted to practice before the United States Court of Appeals for the Sixth Circuit.

3. Thomas Anthony Swafford has represented Averitt Express, Inc. generally and in connection with the dispute pending in this Court.

WHEREFORE, the movant respectfully requests that Thomas Anthony Swafford be allowed to represent Averitt Express, Inc. in these proceedings.

_____
Richard F. Ogle (ASB-8420-L73R)
OGLE, LILES & UPSHAW, LLP
600 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
P. O. Drawer 1865
Birmingham, Alabama 35201-1865
(205) 521-7000 / (205) 521-7007 (fax)
e-mail: roglefilings@ogleliles.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard R. Rouco, Esquire
Glen M. Connor, Esquire
Ashley L. McDavid, Esquire
Whatley, Drake & Kallas, LLC
2323 Second Avenue North
Birmingham, Alabama 35203
e-mail: rrouco@whatleydrake.com
e-mail: amcdavid@whatleydrake.com

_____
Of Counsel

# CLERK OF THE SUPREME COURT
# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that **THOMAS A. SWAFFORD** is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment:   November 17, 1995

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 16th day of October 2006.

Michael W. Catalano, Clerk

By _Vicki Cacks_ D.C.