FILED
2008 Apr-23  PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### (Western Division)

| | |
|---|---|
| **Da-Heem Rodgers, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **7:06-CV-01980-UWC** |
| ) | **UNOPPOSED** |
| **Averitt Express, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT ON ITS MOTION TO DECERTIFY COLLECTIVE ACTION

Defendant hereby petitions the Court to grant it oral argument on the Motion to Decertify the Collective Action.

As grounds, Defendant states as follows:

1. Defendant's Motion to Decertify the Collective Action has been fully briefed as per the Court's scheduling order.

2. Oral argument is appropriate given the scope of the Motion and the complexity of the factual and legal issues presented in Defendant's and Plaintiffs' briefs.

3. Prior to the filing of this Motion, Defendant conferred with counsel for the Plaintiffs who consented to its filing as "unopposed."

**WHEREFORE,** Defendant hereby requests that the Court grant its Motion for Oral Argument on the Motion to Decertify the Collective Action and schedule same at the convenience of the Court and the parties.

       Respectfully submitted,

    s/ Kara E. Shea
    Kara E. Shea (BPR #18221)
    Thomas Anthony Swafford (BPR #17578)
    Tara L. Ferguson (BPR #24424)
    MILLER & MARTIN PLLC
    1200 One Nashville Place
    150 Fourth Avenue, North
    Nashville, Tennessee 37219
    615/244-9270 / (615) 256-8197 (fax)
    e-mail: kshea@millermartin.com
    e-mail: tswafford@millermartin.com
    e-mail: tferguson@millermartin.com


    Richard F. Ogle (ASB-8420-L73R)
    OGLE, LILES & UPSHAW, LLP
    600 Financial Center
    505 North 20th Street
    Birmingham, Alabama 35203
    P.O. Drawer 1865
    Birmingham, Alabama 35201-1865
    (205) 521-7000 / (205) 521-7007 (fax)
    e-mail: roglefilings@ogleliles.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew C. Allen, Esquire
Richard R. Rouco, Esquire
Glen M. Connor, Esquire
Ashley L. McDavid, Esquire
Stephanie N. Johnson, Esquire
Whatley, Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203
e-mail: ecf@whatleydrake.com

                                                               s/ Kara E. Shea
                                                              Kara E. Shea