FILED
2008 Dec-04 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **DA-HEEM RODGERS, et. al,** individually and on behalf of similarly situated employees )))) | |
| Plaintiff, ) | Civil Action Number |
| ) | **7:06-cv-1980-UWC** |
| vs. )) | |
| **AVERITT EXPRESS, INC.,** ) ) | |
| Defendant. ) | |

### ORDER SETTING HEARING

A hearing will be held in the above-styled action on **Friday, January 9, 2009, at 10:00a.m.** at the Federal Courthouse in **Tuscaloosa, Alabama**. At that hearing, the Court will consider all currently pending motions.

**Done this 4th day of December, 2008.**



**U.W. Clemon**
**United States District Judge**